Taylor, Judge.
 

 It is not material that this was not a ferry licensed by law, and within ten miles of another ferry ; whereby it was illegal to ferry persons over for' a reward. The Negro was usually employed by his master to ferry over travellers and. Others, fpr a reward ; and that is equivalent to a, command from, the m,astee tQ carry them over when applied to t it places him in the. light of a common carrier. The true question is, whether the defendant’s intestate induced the Negro to take in such a load as was obviously and plainly, without calculating upon chances, top heavy for the vessel to sustain, whilst there was that swell in the river. Secondly — the witness and his horse was, taken in at the same time with the intestate, his horse, and two oxen ; and neither they nor Farmer apprehended danger from the weight of the load. It is therefore apparent that the, load was not such an one as. obviously endangered the vessel.
 

 Verdict for the defendant,.